IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRUCE KRENZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTRACT CARPETS OF WAUSAU, INC.<br>d/b/a CARPET CITY and CARPET CITY<br>FLOORING CENTER,<br><br>    Defendants. | CIVIL ACTION NO. 12-CV-419<br><br>Jury Trial Demanded |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

  I, the undersigned counsel of record for Defendants, Contract Carpets of Wausau, Inc. d/b/a Carpet City and Carpet City Flooring Center, make the following disclosure:

1.  Is said party a subsidiary or affiliate of a publicly owned corporation?

    YES ☐  NO ☒

    If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:  Not applicable.

2.  Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

    YES ☐  NO ☒

    If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party:  Not applicable.

 s/ Mark A. Sauer          Date:  August 9, 2012
 MARK A. SAUER
 State Bar No. 1027949