IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRUCE KRENZ,<br><br>                Plaintiff,<br><br>vs.<br><br>CONTRACT CARPETS OF WAUSAU, INC.<br>d/b/a CARPET CITY and CARPET CITY<br>FLOORING CENTER,<br><br>                Defendants. | CIVIL ACTION NO. 12-CV-419<br><br>Jury Trial Demanded |

### CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2012, I electronically filed **Answer and Affirmative Defenses and Disclosure of Corporate Affiliations and Financial Interest** by using the ECF system which will send notification of such filing to:

    Nola Hitchcock Cross    njhcross@crosslawfirm.com

    Kelly L. Lowery    klowery@crosslawfirm.com

    Noah Reinstein    nreinstein@crosslawfirm.com

    Notice will be delivered by other means to:

    Not Applicable.

    DATED this 10th day of August 2012.

| | |
|---|---|
| ADDRESS:<br>500 Third Street, Suite 800<br>P.O. Box 479<br>Wausau, WI 54402-0479<br>715.845.8234 – telephone<br>715.848.1085 – facsimile<br>msauer@mzattys.com | MALLERY & ZIMMERMAN, S.C.<br>Attorneys for Defendants, Contract<br>Carpets of Wausau, Inc. d/b/a Carpet City<br>and Carpet City Flooring Center<br><br>BY:  s/ Mark A. Sauer<br>       MARK A. SAUER<br>       State Bar No. 1027949 |

Subscribed and sworn to before me
this 10th day of August 2012.


___s/ Rhonda R. Rindo_____
Rhonda R. Rindo
Notary Public, State of Wisconsin
My commission expires 04.06.2014.