UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**BRUCE KRENZ**

    Plaintiff,        CIVIL ACTION NO. 12-cv-419

v.

**CONTRACT CARPETS OF WAUSAU, INC.**
**d/b/a CARPET CITY and**
**CARPET CITY FLOORING CENTER**  Jury Trial Demanded

    Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR SUBSTITUION OF COUNSEL**

  PLEASE TAKE NOTICE that Attorney Janice M. Pintar will be appearing as counsel for Plaintiff, Bruce Krenz. We respectfully request that Attorney Pintar be substituted as counsel for Attorney Noah Reinstein in the above-captioned action.

Dated at Milwaukee, Wisconsin this <u>28th</u> day of August, 2012.

            **CROSS LAW FIRM, S.C.**
            Attorneys for Plaintiff

       By: **s/KELLY L. LOWERY**
            Kelly L. Lowery
            SBN: 1066294
            Janice M. Pintar
            SBN: 1041821
            Nola J. Hitchcock Cross
            SBN: 1015817

            845 N. 11th Street
            Milwaukee, WI 53233
            (414) 224-0000
            (414) 273-7055(facsimile)
            klowery@crosslawfirm.com
            jpintar@crosslawfirm.com
            njhcross@crosslawfirm.com