IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRUCE KRENZ,

               Plaintiff,                ORDER REFERRING CASE

v.                                                Case No.: 12-cv-419

CONTRACT CARPETS OF WAUSAU, INC.,

               Defendant.

---

The parties in this case having stipulated their consent to jurisdiction by a United States Magistrate Judge,

IT IS ORDERED that this case be referred to Stephen L. Crocker, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

Entered this 5th day of September, 2012.

WILLIAM M. CONLEY  
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| Bruce Krenz |
|---|

   Plaintiff(s),

   v.                                             Case No. 12-cv-419

| Contract Carpets of Wausau, Inc. |
|---|

   Defendant(s).

### NOTICE OF ASSIGNMENT TO A MAGISTRATE JUDGE
### AND CONSENT/REQUEST FOR REASSIGNMENT

This case has been assigned to United States Magistrate Judge Stephen L. Crocker to conduct all proceedings in this case, including trial, entry of final judgment, and all post-judgment proceedings. Pursuant to Fed.R.Civ.P. 73, a United States Magistrate Judge is permitted to exercise this jurisdiction only if all parties consent. Indicate below if you consent to the assignment or request that the case be reassigned to a district court judge.

[✓] **Consent**                    [ ] **Reassignment**

**Do not e-file this document.** No judge will be informed of a party's response to this notification, unless all parties have consented to the assignment of the matter to a United States Magistrate Judge. Opposing counsel need not be served.

Instead, return this completed form via email in PDF format to consents@wiwd.uscourts.gov at least two weeks before the preliminary pretrial conference.

Bruce Krenz
_____
Party(s) represented


s/KELLY L. LOWERY                         06/25/2012
_____          _____
Attorney Signature                        Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

| Bruce Krenz | |
|---|---|
| Plaintiff(s), | Case No. 12-cv-419 |
| v. | |
| Contract Carpets of Wausau, Inc. | |
| Defendant(s). | |

---

### NOTICE OF ASSIGNMENT TO A MAGISTRATE JUDGE
### AND CONSENT/REQUEST FOR REASSIGNMENT

This case has been assigned to United States Magistrate Judge Stephen L. Crocker to conduct all proceedings in this case, including trial, entry of final judgment, and all post-judgment proceedings. Pursuant to Fed.R.Civ.P. 73, a United States Magistrate Judge is permitted to exercise this jurisdiction only if all parties consent. Indicate below if you consent to the assignment or request that the case be reassigned to a district court judge.

☒ **Consent**         ☐ **Reassignment**

**Do not e-file this document.** No judge will be informed of a party's response to this notification, unless all parties have consented to the assignment of the matter to a United States Magistrate Judge. Opposing counsel need not be served.

Instead, return this completed form via email in PDF format to consents@wiwd.uscourts.gov at least two weeks before the preliminary pretrial conference.

---

Party(s) represented

_[signature]_                                    8-21-12
Attorney Signature                               Date